QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TERRY LEE GARRETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TERRY LEE GARRETT,<br><br>　　　　Defendant.<br>_____ | No. CR. S-05-0211 DFL<br><br>**SUBSTITUTION OF ATTORNEYS AND ORDER**<br><br>Judge: Hon. Dale A. Drozd |

　　　On August 4, 2005, in a hearing before Magistrate Judge Drozd, the Federal Defender's Office sought to be relieved as counsel for Mr. Garrett after Mr. Garrett advised the Office that he desired new counsel. Mr. Garrett and his Assistant Federal Defender agree that there has been an irreparable breakdown in communication.

　　　At the hearing, Mr. Garrett orally agreed to accept counsel selected by the CJA Panel Administrator, who has chosen Attorney J. Toney to represent Mr. Garrett. The Court directed the Federal Defender's Office to file a substitution of counsel.

Mr. Toney may be contacted at P.O. Box 1515, Woodland, California, 95776-1515; tel. (530)666-1908.  The Federal Defender has forwarded discovery to Mr. Toney.

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender

Dated:  August 10, 2005          /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender

I hereby accept the appointment on behalf of Terry Lee Garrett.

Dated:  August 10, 2005          /s/ J. Toney
                                        J. TONEY
                                        Attorney for TERRY LEE GARRETT

## **O R D E R**

The above substitution of counsel is hereby adopted.

IT IS SO ORDERED.

DATED: August 15, 2005.

                                        /s/ Dale A. Drozd
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/garrett0211.subatty