```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814            OK/HAV
 4  Telephone: (916) 554-2751
 5
 6
                 IN THE UNITED STATES DISTRICT COURT
 7
              FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9
    UNITED STATES OF AMERICA,   )   CASE NO. CR S-05-0211 DFL
10                              )
              Plaintiff,        )   STIPULATION AND ORDER
11                              )   MOVING BRIEFING SCHEDULE AND
         v.                     )   HEARING DATE ON DEFENDANT'S
12                              )   MOTION TO DISMISS THE
    TERRY LEE GARRETT,          )   INDICTMENT AND SUPPRESS
13                              )   EVIDENCE
              Defendant.        )
14  _____)
15       Plaintiff, United States of America, by its counsel,
16  Assistant United States Attorney Jason Hitt, and defendant Terry
17  Lee GARRETT, by his counsel Gilbert Roque, Esq., stipulate and
18  agree that the briefing schedule and non-evidentiary hearing
19  currently set on defendant's motion to dismiss the indictment and
20  suppress evidence should be reset as follows:
21       Opposition Brief Due:       April 20, 2006
22       Reply Brief Due:            April 27, 2006
23       Hearing Date:               May 11, 2006, at 10:00 a.m.
24  / / /
25  / / /
26  / / /
27  / / /
28
                                  1
```

The parties further stipulate that the period up to May 11, 2006, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the pending motion under 18 U.S.C. § 3161(h)(1)(F) and the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: April 17, 2006     By: /s/Jason Hitt
                              JASON HITT
                              Assistant U.S. Attorney

DATED: April 17, 2006     By: /s/Jason Hitt
                              Telephonically authorized to
                              sign for Mr. Roque on 4-14-06
                              GILBERT ROQUE, Esq.
                              Attorney for GARRETT

2

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The briefing schedule and non-evidentiary hearing currently set on defendant's motion to dismiss the indictment and suppress evidence is reset as follows:

Opposition Brief Due:     April 20, 2006
Reply Brief Due:          April 27, 2006
Hearing Date:             May 11, 2006, at 10:00 a.m.

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(1)(F) applies and, in addition, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through May 11, 2006.

DATED: 4/17/2006

_____
DAVID F. LEVI
United States District Judge