IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-05-0211 DFL |
| | ) | |
| Plaintiff, | ) | ORDER DENYING THE DEFENDANT'S |
| | ) | MOTIONS TO DISMISS AND |
| v. | ) | SUPPRESS EVIDENCE |
| | ) | |
| TERRY LEE GARRETT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    On May 11, 2006, the Court heard argument on defendant Terry Lee Garrett's motion to dismiss and suppress evidence and a hand-written motion by the defendant seeking dismissal. Defendant's counsel, Gilbert Roque, Esq., appeared and Assistant U.S. Attorney Jason Hitt, appeared for the government.

    For the reasons set forth orally by the Court and recorded in the transcript of the May 11, 2006, hearing, attached to this Order, the defendant's motions to dismiss and suppress evidence are DENIED. The court notes that there are incidental errors in the transcript that do not affect the sense of the rulings.

    IT IS SO ORDERED.

Date: 5/30/2006

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
DAVID F. LEVI
United States District Judge