1  GILBERT A. ROQUE
   Attorney at Law
2  California State Bar Number 074966
   913 Court Street
3  Woodland, California 95695
   (530) 666-1935
4
   Attorney for TERRY LEE GARRETT
5

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | CR. NO. S-05-211-DFL |
| Plaintiff, ) | ORDER |
| vs. ) | |
| **TERRY LEE GARRETT,** ) | |
| Defendant. ) | |

The Sacramento Department shall release funds in the amount of one thousand one hundred forty-seven dollars ($1,147.00) to Terry Lee Garrett, or his designee, seized on May 11, 2005, as reported in Sacramento Police Department report GO SA 2005-157867.

**IT IS SO ORDERED.**

DATE: September 22, 2006          /s/ David F. Levi
                                  DAVID F. LEVI
                                  District Court Judge