UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ORDER OF REASSIGNMENT

Pursuant to the Retirement of Judge David F. Levi, and good cause appearing therefore:

IT IS HEREBY ORDERED this action is reassigned from **Judge** David F. Levi to **Judge** D. Lowell Jensen for all purposes.

The new case number for this action, which must be used on all future documents filed with the court, is: 2:05-cr-0211 DLJ.

All dates currently set in this reassigned actions shall remain pending subject to further order of the court.

Dated:  **January 25, 2008**

_____
GARLAND E. BURRELL, JR.
United States District Judge