LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
1477 Drew Avenue, Suite 106
Davis, California 95618
(530) 756-7774

Attorney for Defendant
TERRY LEE GARRETT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TERRY LEE GARRETT,<br><br>　　　　Defendant. | Case No.: CR S-05-211 DLJ<br><br>STIPULATION AND ORDER<br>TO CORRECT THE CLERK'S DOCKET<br>PURSUANT TO FRAP 10(e)(2) |

It is hereby stipulated and agreed to between the United States of America through Assistant United States Attorney Jason Hitt, and defendant, TERRY LEE GARRETT, by and through his appointed counsel, Lindsay Anne Weston, that the district court clerk's docket in this matter for the date of June 5, 2006, be corrected and amended pursuant to FRAP 10 (e) (2) and further stipulate and agree as follows:

1. Defendant pleaded guilty to the indictment in this matter on June 5, 2006, before the Honorable Judge David Levi, and was sentenced on September 14, 2006, to serve a term of imprisonment of 120. Plaintiff United States was

- 1

represented in these proceedings by Assistant United States Attorney Jason Hitt and Mr. Garrett was represented by appointed counsel, Gilbert Roque.

2.   Mr. Garrett filed a timely notice of appeal to the Ninth Circuit Court of Appeal on September 21, 2006, and undersigned counsel, Lindsay Weston, was appointed appellate counsel. This appeal is pending before the Ninth Circuit in CA No. 06-10580;

3.   In the district court, the case was set for jury trial on June 6, 2006, and hearings on a motion in limine were scheduled before Judge Levi on June 5, 2006, at 10:00 a.m. [See Clerk's Docket entry numbers 37, 43.]   The Clerk's Docket entry for June 5, 2006, reflects that a status conference was held in the case and that Mr. Garrett pleaded guilty. On appeal, Mr. Garrett designated the transcript of the guilty plea on June 5, 2006, in which Dennis McKinnon was the court reporter. The transcript was filed with the district court. In reviewing the transcript of the change of plea hearing which took place in the afternoon, defense counsel learned that there were morning proceedings on this case on June 5, 2006, which included the district court's consideration of Mr. Garrett's motion to relieve defense counsel and the district court's advisement of the defendant's Faretta rights. The morning proceedings are not included in the docket entry. Undersigned counsel Weston designated the transcripts for the morning proceedings of June 5, 2006, in a

Transcript Designation filed with the district court on May 7, 2007. [See Clerk's Docket 68] The court reporter, Dennis McKinnon, did not prepare the transcript and Ninth Circuit advised defense counsel to file a motion pursuant to FRAP 10(e)(2) to correct the district court record by including the morning proceeding before Judge Levi on June 5, 2006, in the Clerk's Docket.

      The parties, therefore agree and stipulate, that the Clerk's Docket for June 5, 2006, be corrected and amended to include the following information: that the case proceedings were held in open court in the morning before Judge David Levi, that defendant Terry Garrett was present, that the United States was represented by Assistant United States Attorney Jason Hitt, that Mr. Garrett was represented by Gilbert Roque, that the court reporter was Dennis McKinnon, and that the proceedings included consideration of Mr. Garrett's motion to relieve defense counsel Gilbert Roque,  the district court's advisement of the defendant of the

///

////

////

dangers and disadvantages of self representation, and discussion of Mr. Garrett's decision to plead guilty.

Date: January 25, 2008               Respectfully submitted,

/s/Lindsay Weston
_____
LINDSAY ANNE WESTON
Attorney for Defendant
TERRY LEE GARRETT

Date: January 25, 2008               MCGREGOR W. SCOTT
United States Attorney

/s/ Lindsay Weston for
_____
JASON HITT
Assistant United States Attorney
Per e-mail authorization

/////

////

////

////

/////

/////

**ORDER**

GOOD CAUSE APPEARING, the Clerk of this Court is ordered to amend the Clerk's Docket in CR S -050211-DFL for June 5, 2006, to include the following information: that the case proceedings were held in open court in the morning before Judge David Levi, that defendant Terry Garrett was present, that the United States was represented by Assistant United States Attorney Jason Hitt, that Mr. Garrett was represented by Gilbert Roque, that the court reporter was Dennis McKinnon, and that the proceedings included consideration of Mr. Garrett's motion to relieve defense counsel Gilbert Roque, the district court's advisement of the defendant of the dangers and disadvantages of self representation, and discussion of Mr. Garrett's decision to plead guilty

Dated: January 25, 2008

_____
United States District Judge